10-362-ag
Zheng v. Holder

BIA
Vomacka, IJ
A099 001 850

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of April, two thousand eleven.

PRESENT:
> ROBERT A. KATZMANN,
> DEBRA ANN LIVINGSTON,
> RAYMOND J. LOHIER, JR.,
> > *Circuit Judges.*

_____

JIEFENG ZHENG,
> *Petitioner*,

> v.                                        10-362-ag
>                                           NAC

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
> *Respondent*.

_____

FOR PETITIONER:      A. Don Forester, Houston, TX.

FOR RESPONDENT:      Tony West, Assistant Attorney General; Ernesto H. Molina, Jr., Assistant Director; Joanna L. Watson, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DISMISSED.

Jiefeng Zheng, a native and citizen of the People's Republic of China, seeks review of a January 6, 2010 order of the BIA, affirming the June 9, 2008 decision of Immigration Judge ("IJ") Alan N. Vomacka, which denied his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Jiefeng Zheng*, No. A099 001 850 (B.I.A. Jan. 6, 2010), *aff'g* No. A099 001 850 (Immig. Ct. N.Y. City June 9, 2008). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Zheng challenges only the agency's denial of withholding of removal and CAT relief, arguing that (1) the IJ erred in finding his testimony not credible, and (2) the agency's decision was not sufficiently detailed. As the Government points out, however, because Zheng failed to challenge the denial of withholding of removal and CAT relief before the BIA, we lack jurisdiction to review the denial of those forms of relief. *See Karaj v. Gonzales*, 462 F.3d 113, 119 (2d Cir. 2006). Accordingly, we dismiss

2

Zheng's petition for review for lack of jurisdiction.

For the foregoing reasons, the petition for review is DISMISSED. As we have completed our review, the pending motion for a stay of removal in this petition is DISMISSED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk